**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION and ELECTION ASSISTANCE COMMISSION,<br><br>Defendants. | Case No. 2:14-CV-01517-APG-PAL<br><br>**ORDER**<br><br>(Dkt. #9) |

On January 12, 2015, Magistrate Judge Leen entered a Report & Recommendation (Dkt. #9) recommending I dismiss this case with prejudice. Plaintiff objects. I conducted a de novo review of the issues set forth in the Report & Recommendation. 28 U.S.C. § 636(b)(1). Judge Leen's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Report & Recommendation (Dkt. #9) is accepted and plaintiff's complaint is dismissed with prejudice.

DATED this 13th day of April, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE