**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| RONALD SATISH EMRIT, | Case No. 2:14-CV-001517-APG-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| FEDERAL ELECTION COMMISSION and ELECTION ASSISTANCE COMMISSION, | (DKT. NOS. 19-24) |
| Defendants. | |

On January 12, 2015, Magistrate Judge Leen recommended I dismiss this action. (Dkt. #9.) On April 13, 2015, I accepted her recommendation and dismissed this action with prejudice. (Dkt. #17.) After judgment was entered, plaintiff Ronald Satish Emrit filed a motion to compel discovery (Dkt. #19), a motion to vacate the order dismissing the case (Dkt. #20), a motion to reopen the case (Dkt. #21), a motion to request a status hearing (Dkt. #22), a motion to subpoena witnesses (Dkt. #23), and a motion in limine (Dkt. #24). I have considered each of these motions and find there are no valid grounds to grant any of them.

IT IS THEREFORE ORDERED that plaintiff's motion to compel discovery (Dkt. #19), motion to vacate the order dismissing the case (Dkt. #20), motion to reopen the case (Dkt. #21), motion to request a status hearing (Dkt. #22), motion to subpoena witnesses (Dkt. #23), and motion in limine (Dkt. #24) are DENIED.

DATED this 7th day of May, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE